Olivia **HERNANDEZ–GUERRERO,** Petitioner,

v.

Eric H. **HOLDER, Jr., Attorney General, Respondent.**

No. 07–70353.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2009.*

Filed April 21, 2009.

Carlos Ramirez, Esquire, Law Office of Noemi G. Ramirez, Los Angeles, CA, for Petitioner.

Tracie Nicole Jones, Michelle Gorden Latour, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent. .

Before: CANBY, RAWLINSON and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Olivia Hernandez–Guerrero (Hernandez–Guerrero) petitions for review of the Board of Immigration Appeals' (BIA) dismissal of her appeal of the Immigration Judge's denial of her motion to reopen her removal proceedings. Hernandez–Guerrero specifically sought to rescind the removal order entered against her *in absentia.*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA did not abuse its discretion in denying Hernandez–Guerrero's motion to reopen. Hernandez–Guerrero overslept and missed her removal hearing as a result of her late-night work schedule and pre-scription medication. This evidence does not compel the finding that Hernandez–Guerrero's failure to appear was the result of "exceptional circumstances." *See Celis–Castellano v. Ashcroft,* 298 F.3d 888, 891–92 (9th Cir.2002) (concluding that the BIA acted within its discretion in denying a motion to reopen supported only by gener-al evidence of an asthma attack).

Given our disposition, we need not ad-dress Hernandez–Guerrero's request for cancellation of removal.

**PETITION DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.